Filed 7/25/13  P. v. Jones CA2/5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, | B243695 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. VA124107) |
| v. | |
| AARON JONES, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Peter Espinoza, Judge.  Affirmed.

Jeffrey Lewis, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Appellant Aaron Jones was charged with one count of kidnapping for robbery in violation of Penal Code[1] section 209, two counts of second degree robbery in violation of section 211, and one count of attempted robbery in violation of section 664/211. It was alleged that a principal personally used a firearm within the meaning of section 12022.53, subdivisions (b) and (e)(1); and that appellant had been convicted of a serious or violent felony within the meaning of the "Three Strikes" law (§§ 667, subds. (b)-(i), 1170.12, subds. (a)-(d)), had prior felony convictions resulting in two prison terms pursuant to section 667.5, subdivision (b), and had committed the offenses for the benefit of a criminal street gang within the meaning of section 186.22, subdivision (b)(1)(B).

Appellant waived his constitutional rights to a trial, pled guilty to one count of robbery, and admitted the prior strike, firearm use and gang allegations. The trial court imposed the agreed-upon sentence of 20 years, selecting the high term of five years, doubled, plus 10 years for the firearm allegation. Appellant received 124 days of presentence custody credit.

Appellant filed a timely notice of appeal, which states "This appeal is based on the sentence or other matters occurring after the plea that do not affect the validity of the plea." We appointed counsel to represent him on this appeal.

After examination of the record, appellant's counsel filed an opening brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 and requested this court conduct an independent review of the entire appellate record to determine whether any arguable issues exist. On March 7, 2013, we advised appellant that he had 30 days in which to personally submit any contentions or issues which he wished us to consider. No response has been received.

We have examined the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende, supra,* 25 Cal.3d at p. 441.)

---

[1] Further statutory references are to the Penal Code.

**DISPOSITION**

The judgment is affirmed.


KUMAR, J.*


We concur:


TURNER, P. J.


MOSK, J.

_____

*Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.